**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BAROUK MALEH, on behalf of himself and all others similarly situated,<br>　　　　　　　　Plaintiffs,<br><br>　　　　　-against-<br><br>ALLTRAN FINANCIAL, LP<br>　　　　　　　　Defendant. | Docket No: 1:16-cv-05077-LDH-VMS<br><br>**NOTICE OF SETTLEMENT** |

Now comes the Plaintiff BAROUK MALEH by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and state:

1. A settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiffs have received the consideration required pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

2. The parties respectfully request that the Court stays this case and adjourns all deadlines and conferences.

3. We respectfully request the Court provide that the parties may seek to reopen the matter for forty-five (45) days to assure that the Agreement is executed and that the settlement funds have cleared.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By:　/s/ Alan J. Sasson
　　　　　　　　　　　　　　　　　　　　Alan J. Sasson, Esq. (AS 8452)
　　　　　　　　　　　　　　　　　　　　Law Office of Alan J. Sasson, P.C.
　　　　　　　　　　　　　　　　　　　　2687 Coney Island Avenue, 2nd Floor
　　　　　　　　　　　　　　　　　　　　Brooklyn, New York 11235
　　　　　　　　　　　　　　　　　　　　Phone:　　(718) 339-0856
　　　　　　　　　　　　　　　　　　　　Facsimile: (347) 244-7178
　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

Dated:　Brooklyn, New York
　　　　October 14, 2016

1