UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BAROUK MALEH, on behalf of himself and all others similarly situated,

                Plaintiff,

-against-

ALLTRAN FINANCIAL, LP

                Defendants.

Case No. 1:16-cv-05077-LDH-VMS

**NOTICE OF VOLUNTARY DISMISSAL**

      **IT IS HEREBY STIPULATED AND AGREED** to by Plaintiff and Plaintiff's attorneys, that the above-entitled action against Defendants shall be and hereby is dismissed without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Dated:   Brooklyn, New York
           November 30, 2016

                                      Respectfully submitted,

                                      By:  /s/ Alan J. Sasson
                                      Alan J. Sasson, Esq. (AS 8452)
                                      Law Office of Alan J. Sasson, P.C.
                                      2687 Coney Island Avenue, 2nd Floor
                                      Brooklyn, New York 11235
                                      Phone:    (718) 339-0856
                                      Facsimile: (347) 244-7178
                                      *Attorney for Plaintiff*